8337501

NO. WR-83,375-01
CAUSE NO. 4762A

| STATE OF TEXAS | * | IN THE 100TH DISTRICT COURT |
| | * | |
| VS. | * | IN AND FOR |
| | * | |
| SHELTON WADE MONTGOMERY, | * | CARSON COUNTY, TEXAS |
| EX PARTE | | |

## ORDER OF THE COURT

Pursuant to the Order of the Court of Criminal Appeals the Clerk of the Court of Carson County is ordered to make the affidavit of Paul Herrmann part of the appellate record as a supplemental record. Further the Clerk of the Court is ordered to forward a copy of the Courts Order to Shelton Montgomery.

_____
Stuart M. Messer, District Judge Presiding

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 02 2015
Abel Acosta, Clerk